UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WASTE MANAGEMENT OF LOUISIANA, L.L.C. | * * * * | CIVIL ACTION No.: 2:11-cv-02405 |
| VERSUS | * * * | JUDGE: KURT D. ENGELHARDT |
| RIVER BIRCH, INC., ET AL | * * | MAGISTRATE: KAREN WELLS ROBY |

**************************************

### DEFENDANT FRED HEEBE'S MEMORANDUM IN OPPOSITION TO OBJECTION BY GEOFFREY J. BOULMAY, SR.

Defendant, Frederick R. Heebe, respectfully submits the following opposition to the Objection to the Magistrate Judge's Order filed by Geoffrey J. Boulmay, Sr. ("Boulmay"). Rec. Doc. 101. As is explained below, Mr. Boulmay has failed to satisfy the requirements of Federal Rule of Civil Procedure 72 and his objections should be denied.

**I.       Mr. Boulmay's objections are untimely.**

Rule 72(A) of the Federal Rules of Civil Procedure requires that objections to a magistrate judge's ruling be filed within fourteen days. Fed. R. Civ. P. 72(a); 28 U.S.C. §636(b)(1). The Court is not required to review any portion of a magistrate judge's order that is not the subject of a timely objection. *See* Fed. R. Civ. P. 72 advisory committee's note.

In the present case, Magistrate Judge Roby filed her original order on September 12, 2013 and an amended order on April 15, 2014.  There is only one difference between the original and the amended order.  The original order stated, "Seemingly, Boulmay went to jail and served time in federal prison, for which he alleges his trial attorney conspired with the judge, resulting in his sentence."  Rec. Doc. 95 at p. 3.  That sentence has been deleted from the amended order and replaced with, "Seemingly, after Copeland's co-defendant confessed in another proceeding, someone advised Boulmay that he should also file a disciplinary complaint."  Rec. Doc. 100 at p. 3.

Since Mr. Boulmay did not file his objection until April 22, 2014, his objections are untimely with respect to all issues except for this one change in the amended order.  With respect to that change, Mr. Boulmay contends that the "opinion stated mover went to prison" and "mover has never gone to prison."  Rec. Doc. 101 at p. 1.  Since the amended order addresses this complaint, Mr. Boulmay's only timely objection is moot.

## II. The magistrate judge's order is not clearly erroneous or contrary to law under Federal Rule of Civil Procedure 72(a).

In addition to being untimely, Mr. Boulmay's objection fails to show that the magistrate judge's order is clearly erroneous or contrary to law, as required by Rule 72(a).  Mr. Boulmay merely rehashes the same arguments that were made in his motion to intervene.  Accordingly, he has failed to satisfy his burden of proving the magistrate judge's order is clearly erroneous or contrary to law.

**CONCLUSION**

For the foregoing reasons, Mr. Boulmay's Objection to the Magistrate Judge's Order should be denied.

> Respectfully Submitted,
>
> */s/ William P. Gibbens*
> Kyle D. Schonekas, 11817
> Joelle F. Evans, 23730
> William P. Gibbens, 27225
> SCHONEKAS, EVANS, McGOEY &
> McEACHIN, L.L.C.
> 909 Poydras Street, Suite 1600
> New Orleans, Louisiana 70112
> Telephone: (504) 680-6050
> Facsimile: (504) 680-6051
> kyle@semmlaw.com
> joelle@semmlaw.com
> billy@semmlaw.com
>
> Attorneys for Defendant, Frederick R. Heebe

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> */s/ William P. Gibbens*
> William P. Gibbens

3