UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WASTE MANAGEMENT OF | * | |
| LOUISIANA, L.L.C. | * | CIVIL ACTION NO.: 2:11-cv-02405 |
| | * | |
| VERSUS | * | JUDGE:  KURT D. ENGELHARDT |
| | * | |
| RIVER BIRCH, INC., ET AL | * | MAGISTRATE:  KAREN WELLS ROBY |
| | * | |

***************************************

### EX PARTE MOTION AND INCORPORATED MEMORANDUM TO ADOPT DEFENDANT FREDERICK R. HEEBE'S OPPOSITION TO WASTE MANAGEMENT'S MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, come Shadowlake Management Company, LLC; Willow, LLC; and B.L.U. Communication Services, LLC, which respectfully move the Court to allow them to adopt and join in the Opposition to Waste Management's Motion to Compel filed by defendant Frederick R. Heebe as if copied and pled herein *in extenso*.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, McGOEY &
   McEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
billy@semmlaw.com

Attorneys for Shadowlake Management Company, LLC; Willow, LLC; and B.L.U. Communication Servics, LLC

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 29, 2016, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            */s/ William P. Gibbens*
                                            WILLIAM P. GIBBENS