UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WASTE MANAGEMENT OF LOUISIANA, LLC** | * * | **CIVIL ACTION NO. 11-2405** |
| | * | **JUDGE: ENGELHARDT** |
| **VERSUS** | * | |
| | * | **SECTION: N** |
| **RIVER BIRCH, INC.; HIGHWAY 90, LLC; FREDERICK R. HEEBE; and ALBERT J. WARD, JR.** | * * | **MAG. JUDGE: ROBY** |
| | * | |
| | * | **MAG. DIV.: 4** |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

**JOINT MOTION FOR ENTRY OF**
**AGREED CONFIDENTIALITY ORDER**

Plaintiff, Waste Management of Louisiana, LLC, and Defendants, River Birch, LLC; Highway 90, LLC; Frederick R. Heebe; and Albert J. Ward, Jr., jointly seek the entry of this Agreed Confidentiality Order in order to protect certain information produced and exchanged in this lawsuit. The parties hereby request that the Court enter the attached Agreed Confidentiality Order in this case.

Respectfully submitted,

/s/ Thomas M. Flanagan
Thomas M. Flanagan (#19569)
Sean P. Brady (#30410)
Charles-Theodore Zerner (#34832)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251
tflanagan@flanaganpartners.com

Attorneys for River Birch, LLC and Highway 90, LLC

/s/ James G. Kress
James G. Kress (pro hac vice)
Dan Starck (pro hac vice)
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 639-7884
Facsimile: (202) 639-1159
james.kress@bakerbotts.com

Patrick A. Talley, Jr. (#1616)
Jeremy T. Grabill (#34924)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 584-9220
Facsimile: (504) 568-9130
talleyp@phelps.com
jeremy.grabill@phelps.com

Attorneys for Waste Management of Louisiana, LLC

/s/ William P. Gibbens
Kyle Schonekas (#11817)
Joelle F. Evans (#23730)
William P. Gibbens (#27225)
SCHONEKAS, EVANS, McGOEY & McEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
kyle@semmlaw.com
joelle@semmlaw.com
billy@semmlaw.com

Attorneys for Frederick R. Heebe

/s/ Robert A. Kutcher
Robert A. Kutcher (#7895)
Nicole S. Tygier (#19814)
WAGAR RICHARD KUTCHER TYGIER & LUMINAIS, LLP
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002
Telephone (504) 830-3820
Facsimile (504) 836-9573
rkutcher@nolacounsel.com

Attorneys for Albert J. Ward, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record this 14th day of December, 2016, by e-filing the same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

/s/ Thomas M. Flanagan