IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASTE MANAGEMENT OF LOUISIANA, LLC | CIVIL ACTION NO. 2:11-cv-02405 |
| VERSUS | JUDGE KURT D. ENGELHARDT |
| RIVER BIRCH, INC., HIGHWAY 90, LLC, FREDERICK R. HEEBE, and ALBERT J. WARD, JR. | MAGISTRATE ROBY |

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE JOINT REPLY MEMORANDUM IN SUPPORT OF <u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Defendants, Frederick R. Heebe, Albert J. Ward, Jr., River Birch, Inc., and Highway 90, LLC, respectfully move the Court for leave to file the attached joint reply memorandum in support of their motion for partial summary judgment.

This memorandum is brief, only 6 pages, and it will assist the Court in deciding this motion.

**WHEREFORE**, Defendants respectfully move that the Court grant this motion and permit the attached reply memorandum to be filed into the record.

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas M. Flanagan* | */s/ Robert A. Kutcher* |
| Thomas M. Flanagan (#19569) | Robert A. Kutcher (#7895) |
| Sean P. Brady (#30410) | Nicole S. Tygier (#19814) |
| Charles-Theodore Zerner (#34832) | WAGAR RICHARD KUTCHER TYGIER & LUMINAIS, LLP |
| FLANAGAN PARTNERS LLP | |
| 201 St. Charles Avenue, Suite 2405 | Two Lakeway Center, Suite 900 |
| New Orleans, Louisiana  70170 | 3850 North Causeway Boulevard |
| Telephone: (504) 569-0235 | Metairie, LA  70002 |
| Facsimile:  (504) 592-0251 | Telephone  (504) 830-3820 |
| tflanagan@flanaganpartners.com | Facsimile  (504) 836-9573 |
| | rkutcher@nolacounsel.com |
| *Attorneys for River Birch, LLC and Highway 90, LLC* | *Attorneys for Albert J. Ward, Jr.* |

*/s/ William P. Gibbens*
Kyle Schonekas (#11817)
Joelle F. Evans (#23730)
William P. Gibbens (#27225)
SCHONEKAS, EVANS, McGOEY &
McEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
kyle@semmlaw.com
joelle@semmlaw.com
billy@semmlaw.com

*Attorneys for Frederick R. Heebe*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 16th day of December, 2016, by e-filing the same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

*/s/ Thomas M. Flanagan*