**GRANTED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WASTE MANAGEMENT OF LOUISIANA, L.L.C. | * * * * | CIVIL ACTION NO.: 2:11-cv-02405 |
| VERSUS | * * * | JUDGE: KURT D. ENGELHARDT |
| RIVER BIRCH, INC., ET AL | * * | MAGISTRATE: KAREN WELLS ROBY |

*************************************

# O R D E R

Considering the Joint Motion for Leave to Take Deposition of Prisoner filed by plaintiff, Waste Management of Louisiana, LLC, and defendants, River Birch, LLC f/k/a River Birch, Inc., Highway 90, LLC, Frederick R. Heebe, and Albert J. Ward, Jr.;

**IT IS ORDERED** that the Joint Motion for Leave to Take Deposition of Prisoner is granted and C. Ray Nagin shall appear for his deposition at the Texarkana Federal Correctional Institution on March 13 or 15, 2017, or such other mutually acceptable date.

**NEW ORLEANS, LOUISIANA**, this __6th__ day of __February__, 2017.

_____
United States Magistrate Judge