UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WASTE MANAGEMENT OF LOUISIANA, LLC   CIVIL ACTION

VERSUS             NO. 11-2405

RIVER BIRCH, INC.,        SECTION "N" (4)
HIGHWAY 90, LLC,
FREDERICK R. HEEBE and
ALBERT WARD, JR.

### ORDER AND REASONS

    Presently before the Court is Plaintiff "Waste Management of Louisiana, LLC's

Motion to Designate Judgments as Final Pursuant to Fed. R. Civ. P. 54(b) and to Stay Proceedings

Pending Appeal" (Rec. Doc. 382). Considered in the context of the multi-year history, and present

posture of this proceeding, the Court is not convinced, on the limited showing made, that designating

the recent partial summary judgment rulings (Rec. Docs. 372 and 375) as final judgments for

purposes of immediate appeal, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and

entry of a stay pending completion of that appeal, is warranted. As discussed in Defendants'

opposition memorandum (Rec. Doc. 386), the Court has dismissed only certain elements of damage

sought to be awarded in Plaintiff's RICO claims. It has not rejected the entirety of any claim. Nor,

in any event, is it certain that an immediate appeal would further the interests of judicial efficiency.

Rather, to the contrary, a jury verdict rejecting the existence of a RICO enterprise and/or the

conspiracy and bribery elements of Plaintiff's RICO claims seemingly would be dispositive of the

adverse damages rulings for which Plaintiff now seeks immediate appellate review.  Accordingly,

**IT IS ORDERED** that Plaintiff's motion (Rec. Doc. 382) be and hereby is **DENIED.**

New Orleans, Louisiana, this 13th day of November 2017.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy:**

Chief Magistrate Judge Karen Wells Roby