UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WASTE MANAGEMENT OF LOUISIANA, LLC          CIVIL ACTION

VERSUS                                       NO. 11-2405

RIVER BIRCH, INC.,                           SECTION "N" (4)
HIGHWAY 90, LLC,
FREDERICK R. HEEBE and
ALBERT WARD, JR.

### ORDER AND REASONS

Given the Court's recent summary judgment rulings, counsel were consulted regarding the status of pending motions seeking relief relative to expert witness reports and/or testimony. As confirmed by counsel, **IT IS ORDERED** that the motions bearing record document numbers 285, 345, and 346 are **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of November 2017.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy:**

Chief Magistrate Judge Karen Wells Roby