UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASTE MANAGEMENT OF LOUISIANA, LLC | CIVIL ACTION |
| VERSUS | NO. 11-2405 |
| RIVER BIRCH, INC., HIGHWAY 90, LLC, FREDERICK R. HEEBE and ALBERT WARD, JR. | SECTION "N" (4) |

## ORDER AND REASONS

Given the Court's recent summary judgment ruling in Defendants' favor relative to the "causation" element of Plaintiff's Chef Menteur RICO claims (Rec. Doc. 372), the Court finds it unnecessary to address Defendants' additional motion (Rec. Doc. 317) directed to the same claims *i.e.,* Defendants' motion for partial summary judgment contesting former Mayor Nagin's authority to suspend zoning laws. Accordingly, **IT IS ORDERED** that the latter motion for partial summary judgment (Rec. Doc. 317) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of November 2017.

                                          **KURT D. ENGELHARDT**
                                          **United States District Judge**

**Clerk to Copy:**

Chief Magistrate Judge Karen Wells Roby