UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASTE MANAGEMENT OF LOUISIANA, LLC | CIVIL ACTION |
| VERSUS | NO. 11-2405 |
| RIVER BIRCH, INC.,<br>HIGHWAY 90, LLC,<br>FREDERICK R. HEEBE and<br>ALBERT WARD, JR. | SECTION "N" (4) |

### ORDER AND REASONS

Given the Court's ruling (Rec. Doc. 430) on Defendants' "Motion in Limine on the Chef Menteur Landfill" (Rec. Doc. 378), **IT IS ORDERED** that Plaintiff's "Motion for Review of Magistrate Judge's Order Regarding Defendants' Motion to Quash" (Rec. Doc. 347) is rendered **MOOT**.

New Orleans, Louisiana, this 29th day of November 2017.

                                                   **KURT D. ENGELHARDT**
                                                   **United States District Judge**

**Clerk to Copy:**

Chief Magistrate Judge Karen Wells Roby