**MINUTE ENTRY**
**ROBY, C. M. J.**
**November 30, 2017**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WASTE MANAGEMENT OF LOUISIANA, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:   11-02405** |
| **RIVER BIRCH, INC., ET AL** | **SECTION: "N"  (4)** |

A Settlement Conference was held on this date. Participating were: Patrick A. Talley, Jr. representing the plaintiff, Thomas M. Flanagan representing the defendants River Birch, Inc. and Highway 90, LLC, Robert A. Kutcher, representing the defendant Albert J. Ward, Jr., and Kyle D. Schonekas and William P. Gibbens representing the defendant Frederick R. Heebe. Negotiations were successful and a **partial settlement was reached**. **The plaintiff reserve their right to appeal the Chef Rico claim and their right to attorney's fees.** The confidential terms of the agreement was recorded into the record by Court Reporter Toni Tusa, (504) 589-7778.

The District Judge's staff has been notified.

**CLERK TO NOTIFY:**
**Chief District Judge Kurt D. Engelhardt**

**MJSTAR:     04:29**