UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WASTE MANAGEMENT<br>OF LOUISIANA, LLC<br><br>VERSUS<br><br>RIVER BIRCH, INC., HIGHWAY 90,<br>LLC, FREDERICK R. HEEBE and<br>ALBERT J. WARD, JR. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 2:11-cv-02405<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE KAREN WELLS ROBY |
| * * * * * * * | | |

## ORDER

Considering the foregoing Joint Motion to File Joint Scheduling Order **(Rec. Doc. 465)** by plaintiff, Waste Management of Louisiana, LLC, and defendants, River Birch, LLC f/k/a River Birch, Inc., Highway 90, LLC, Frederick R. Heebe, and Albert J. Ward, Jr.;

**IT IS HEREBY ORDERED** that the Joint Motion to File Joint Scheduling Order is GRANTED and the following Joint Scheduling Order shall govern the proceedings in this matter:

| | |
|---|---|
| Plaintiff to submit restated complaint to the Court and defense counsel but not file into the record | **November 22, 2019** |
| Parties to File Joint Status Report to include (i) list of motions to be re-urged, (ii) list of new motions for which leave will be sought, and (iii) proposed time limits for trial | **November 22, 2019** |
| Parties to Re-urge previously filed motions, including motion for leave to file new motions | **February 10, 2020** |

| | |
|---|---|
| Parties to file any oppositions to motions | **March 11, 2020** |
| Parties to file any reply memoranda | **March 25, 2020** |
| Settlement Conference | **June/July 2020** |
| Parties to file Revised Witness and Exhibit Lists. To the extent any party seeks to list a "new" witness or exhibit that was not previously identified on any of the parties' prior lists, they must file a motion for leave to do so on this date. | **July 1, 2020** |
| Objections to Exhibits Exchanged | **July 30, 2020** |
| Parties meet and confer on Exhibit Objections | **August 21, 2020** |
| Deadline for Parties to Complete Bench Books | **September 15, 2020** |
| Conference of counsel to confect Pretrial Order | **September 15, 2020** |
| Pretrial Order | **October 1, 2020** |
| Pretrial Conference | **October 8, 2020 at 2:00 p.m.** |
| Proposed Jury Instructions, Special Jury Interrogatories, and Voir Dire | **October 14, 2020** |
| Parties to exchange deposition designations | **October 14, 2020** |
| Deadline for parties to deliver one copy of Joint Bench Book(s) of un-objected to exhibits, tabbed, numbered and paginated, and a second volume containing objected to exhibits | **October 16, 2020** |
| Deadline to file memos setting forth BOTH objections to Exhibits and responses to the other party's objections | **October 16, 2020** |

| | |
|---|---|
| Parties to exchange deposition counter designations | **October 16, 2020** |
| Parties to meet and confer re objections to deposition designations | **October 19, 2020** |
| Full copies of depositions to be offered into evidence to be used in lieu of live testimony highlighted to show remaining objections, colloquy removed | **October 21, 2020** |
| Separate letter delivered to Court setting forth portions of depositions to be used at trial | **October 21, 2020** |
| Last day to submit Demonstrative Evidence | **October 21, 2020** |
| Objections to Proposed Jury Instructions, Special Jury Interrogatories, and Voir Dire | **October 23, 2020** |
| Memoranda addressing "why the objections to deposition designations should be sustained or not" | **October 23, 2020** |
| Motions *in Limine* regarding new issues arising based on exhibits or court rulings<br><br>Parties will re-urge previously filed *motions in limine* on February 10, 2020. | **October 23, 2020** |
| Trial Memoranda (if ordered by the Court) | **October 23, 2020** |
| Parties to Exchange Final Will Call Witness Lists to arrange for witness attendance | **October 23, 2020** |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **October 23, 2020** |

| Meet with Case Manager re technology | **No later than October 23, 2020** |
| --- | --- |
| Responses to Motions *in Limine* | **Call Court for date** |
| Objections to Demonstrative Evidence | **October 27, 2020** |
| **JURY TRIAL** | **Monday November 2, 2020 @ 8:30 a.m.** (estimated to last **2 weeks**) |

    **NEW ORLEANS, LOUISIANA**, this 20th day of November, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE