UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASTE MANAGEMENT OF LOUISIANA, LLC | CIVIL ACTION |
| VERSUS | NO: 11-2405 |
| RIVER BIRCH, INC., ET AL. | SECTION: "J"(4) |

## ORDER

IT IS ORDERED that a hearing is scheduled for <u>Friday, June 11, 2021 at 9:30 a.m.</u> in Courtroom C-268 during which the Court will consider and address the parties' exhibit objections and responses. (Rec. Docs. 582, 584, 594, 595). The Court may also address time allocations for trial.

New Orleans, Louisiana, this 8th day of June, 2021.

_____
United States District Judge