UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASTE MANAGEMENT OF LOUISIANA, LLC | CIVIL ACTION |
| VERSUS | NO: 11-2405 |
| RIVER BIRCH, INC., ET AL. | SECTION: "J"(4) |

**ORDER**

The Court has reviewed the parties' voluminous trial exhibits and finds that many are needlessly cumulative, would waste time, and confuse the jury. (*See* Fed. R. Evid. 403). Accordingly,

IT IS ORDERED that by no later than Thursday, June 10, the parties shall meet and discuss reducing **substantially** the number of exhibits and objections. The parties shall be prepared to advise the Court of the result of their efforts during the hearing scheduled for Friday, June 11 at 9:30 a.m. (*See* Rec. Doc. 596).

New Orleans, Louisiana, this 9th day of June, 2021.

_____
United States District Judge