UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASTE MANAGEMENT OF LOUISIANA, LLC | CIVIL ACTION |
| VERSUS | NO: 11-2405 |
| RIVER BIRCH, INC., ET AL. | SECTION: "J"(4) |

### ORDER

Before the Court is the parties' Joint Motion Regarding Trial Time Allocation. (Rec. Doc. 597).

IT IS ORDERED that each side is allotted 28 hours for trial, including opening and closing statements. Consistent with the parties' agreement, the time spent reading/playing the depositions of Henry Mouton and Peter Butler shall be allocated to Waste Management, and the time spent reading/playing the depositions of David Steiner and C. Ray Nagin shall be allocated to the Defendants.

New Orleans, Louisiana, this 15th day of June, 2021.

United States District Judge