UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASTE MANAGEMENT OF LOUISIANA, LLC | CIVIL ACTION |
| VERSUS | NO: 11-2405 |
| RIVER BIRCH, INC., ET AL. | SECTION: "J"(4) |

**ORDER**
[As to the Deposition of Henry Mouton]

Having reviewed Defendants' objections (Rec. Doc. 604) and Plaintiff's responses (Rec. Doc. 606) regarding the deposition designations for Henry Mouton (Rec. Doc. 599-4), the Court rules as follows.

**I.     Defendants' Objections**

IT IS ORDERED that Defendants' objections to the following page/line designations are SUSTAINED:

| Page:Line[1] | Note |
|---|---|
| 19:3-20 | |
| 34:20 to 35:2 | |
| 139:8-15 | |
| 166:17-19, 25 | |
| 168:9-18 | |
| 171:24 to 174:11, 176:4-18 | Defendants objected to 171:10 to 176:18. The Court sustains part of this objection, as indicated on the left. The rest of the objection is overruled. |
| 177:20 to 178:3 | |
| 178:9 to 180:13 | |
| 180:11-13 | |
| 183:10-19 | |
| 186:3 to 186:25 | Defendants objected to 184:8 to 186:25. The Court sustains part of this objection, as indicated on the left. The rest of the objection is overruled. |

---

[1] Page numbers reference the transcript's page numbers, not the CM/ECF stamp.

| | |
|---|---|
| 194:1 to 196:13 | |
| 196:22 to 197:21 | |
| 197:25 to 198:5 | |
| 204:13 to 206:11 | Defendants objected to 204:9 to 206:11. The Court sustains part of this objection, as indicated on the left. The rest of the objection is overruled. |
| 206:12-14 | |
| 206:18 to 207:4 | |
| 207:8 to 208:11 | |
| 250:1-3, 8-10 | |
| 258:22 to 259:5 | |
| 260:13 to 261:13 | |
| 262:13, 18-20 | |
| 266:21 to 267:19 | |
| 268:1-15 | |
| 289:19 to 290:22 | |
| 290:23 to 291:25 | |
| 293:12 to 297:2 | |
| 297:14 to 299:17 | |
| 299:20 to 300:1 | |
| 301:1 to 302:5 | |
| 327:7-11, 18-19 | |
| 327:20 to 328:3 | |
| 446:4 to 447:20 | |
| 447:17-20 | |

IT IS FURTHER ORDERED that Defendants' objections other than the ones listed above are OVERRULED.

## II. Plaintiff's Objections

Plaintiffs raise no objections to the deposition designations for Henry Mouton.

## III. Other Rulings

The Court will allow the factual basis for Henry Mouton's guilty plea to be admitted into evidence. Any prior ruling or indication to the contrary is VACATED.

The parties are to have the video deposition edited in accordance with the Court's rulings so that the objected-to designations that have been sustained are

2

deleted, and there is no dead space in either the video or audio presentation to the jury.

The Court encourages the parties to continue in their efforts to further reduce the length of Henry Mouton's deposition.

New Orleans, Louisiana, this 17th day of June, 2021.

_____
United States District Judge