UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WASTE MANAGEMENT OF LOUISIANA, LLC | CIVIL ACTION |
| VERSUS | NO: 11-2405 |
| RIVER BIRCH, INC., ET AL. | SECTION: "J"(4) |

**ORDER**
**[As to the Deposition of David Steiner]**

Having reviewed the parties' objections (Rec. Docs. 604, 606) and responses (Rec. Doc. 605, 606) regarding the deposition designations for David Steiner (Rec. Doc. 599-5), the Court rules as follows.

**I.   Defendants' Objections**

IT IS ORDERED that Defendants' objections to the following page/line designations are SUSTAINED:

| Page:Line[1] |
|---|
| 49:9-17 |
| 90:25 to 92:5 |
| 92:6 to 94:6 |
| 104:25 to 108:3 |
| 108:4-14 |

IT IS FURTHER ORDERED that Defendants' objections other than those listed above are OVERRULED.

---

[1] Page numbers reference the transcript's page numbers, not the CM/ECF stamp.

## II. Plaintiff's Objections

IT IS ORDERED that Plaintiff's objections to the following page/line designations are SUSTAINED:

| Page:Line[2] |
|---|
| 17:10, 13-24 |
| 18:10-19 |
| 18:24 to 19:6 |
| 23:12-16, 18-20 |
| 27:11-12, 27:17 to 29:3 |
| 29:4-7, 11-21 |
| 78:7 to 80:7 |

IT IS FURTHER ORDERED that Plaintiff's objections other than those listed above are OVERRULED.

## III. Other Rulings

The parties are to have the video deposition edited in accordance with the Court's rulings so that the objected-to designations that have been sustained are deleted, and there is no dead space in either the video or audio presentation to the jury.

New Orleans, Louisiana, this 18th day of June, 2021.

_____
United States District Judge

---

[2] Page numbers reference the transcript's page numbers, not the CM/ECF stamp.